UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : : | 3:04-cv-2075 (JCH) |
| GLOBAL NAPS, INC. et al, | : | |
| Defendants. | : | OCTOBER 3, 2007 |

**ORDER**

IT IS HEREBY ORDERED that no party or attorney may send a letter of any kind to Chambers (including cover letters). Violation of this Order will result in sanctions of $500.00. Any communication with the court should be by pleading.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of October, 2007.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge