**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : : | 3:04-cv-2075 (JCH) |
| GLOBAL NAPS, INC. et al, | : : | |
| Defendants. | : | OCTOBER 3, 2007 |

**ORDER**

IT IS HEREBY ORDERED that violation of the Court's Order (Doc. No. 3), by failing to promptly provide and deliver Chamber's copies, will result in sanctions of a fine of $500.00, for each instance, to be assessed against the filing attorney.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of October, 2007.


                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge